IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES MOORE, on behalf of himself
and all similarly situated persons and
entities                                                                                                PLAINTIFF

v.                             Case No. 4:16-cv-00540 KGB

MACK'S SPORT SHOP, LLLP d/b/a
MACK'S PRAIRIE WINGS, LLLP,
and YETI COOLERS, LLC                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, and the Order and Opinion entered September 29, 2017 (Dkt. No. 35), it is considered, ordered, and adjudged that all claims in this case are hereby dismissed with prejudice.

It is so ordered this the 25th day of October, 2017.

_____
Kristine G. Baker
United States District Judge